**Fill in this information to identify the case:**

Debtor name    S & S Heavy Haul, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

---

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................ $         0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*......................................................................................... $      3,336,568.31

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*........................................................................................... $      3,336,568.31

---

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $      1,534,133.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $      54,412.37

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$      1,336,476.40

4.   Total liabilities ....................................................................................................................
    Lines 2 + 3a + 3b       $      2,925,021.77

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    S & S Heavy Haul, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Citibank | Checking | 8886 | $1,802.22 |
| 3.2. | Wells Fargo Bank | Checking | 1823 | $0.00 |
| 3.3. | Wells Fargo Bank | Checking | 1831 | $0.00 |
| 3.4. | Wells Fargo Bank | Checking | 6279 | $36.84 |
| 3.5. | Citbank | Checking | 8503 | $22,421.90 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     $24,260.96

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

Debtor   S & S Heavy Haul, LLC
         _____        Case number (If known) _____
         Name

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.     **Accounts receivable**  See Attachment B-11

     11a. 90 days old or less:

| 296,358.11 | - | 0.00 | = .... | $296,358.11 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

12.     **Total of Part 3.**

     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $296,358.11 |
|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture**<br>8 Desks<br>1 Refrigerator<br>1 Microwave<br>8 Office Chairs<br>6 File Cabinets | Unknown | | Unknown |
| 40.   **Office fixtures** | | | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor  S & S Heavy Haul, LLC _____    Case number *(If known)* _____
       Name

| | | | |
|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>5 Computers<br>7 Computer Monitors<br>2 Printers | Unknown | Unknown |

| | |
|---|---|
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |

| | | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42. Copy the total to line 86. | $0.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   See - Attachment B - 47<br>A copy of a third party appraisal will be<br>provided to the Trustee. | Unknown | Appraisal | $2,962,500.00 |

| | |
|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels |
| 49. | **Aircraft and accessories** |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** |

| | | |
|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | $2,962,500.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    Real property

54. **Does the debtor own or lease any real property?**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | S & S Heavy Haul, LLC | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. 1601 Midway, Idaho Falls, ID 83406 | Nonresidential Real Property Lease | $0.00 | | $0.00 |
| 55.2. 1400 Trail Blvd., El Reno Oklahoma 73036 | Nonresidential Real Property Lease | $0.00 | | $0.00 |
| 55.3. 440 South Third Street, Steubenville, OH 43952 | Nonresidential Real Property Lease | $0.00 | | $0.00 |

56.    **Total of Part 9.**                                                                                                    $0.00
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                           **Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

Debtor    S & S Heavy Haul, LLC
          Name

Case number *(If known)* _____

| | | |
|---|---|---|
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>Claim against Trevor Bates related to the Debtor's 2014 Troxell Trailer and Ford F150 Truck (VIN #75564) that are believed to be in his possession. Value of property is approximately $85,000. | Unknown |
| | **Nature of claim** | |
| | **Amount requested** $0.00 | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>Lease payments due from Holcomb Enterprises related to lease of (i) 2015 Dragon 12,600 Gallon VIN 39186 and (ii) 2015 Dragon 12,600 Gallon VIN 39187.  Remaining payments due under lease agreement total $261,428.16. | Unknown |
| | Insurance claim for damaged tractor and trailer<br>Great West Casualty Company<br>PO Box 94<br>South Sioux City, NE 68776<br>Attn: Carmen Whitworth | Unknown |
| | Unpaid fuel charges owed by BD Haulin | $53,449.24 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $53,449.24 |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

Debtor    S & S Heavy Haul, LLC _____      Case number *(if known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,260.96 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $296,358.11 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,962,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $53,449.24 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,336,568.31 + 91b. | $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,336,568.31 |

**Fill in this information to identify the case:**

Debtor name     S & S Heavy Haul, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** | **Value of collateral that supports this claim** |
| | Do not deduct the value of collateral. | |

| 2.1 | Atlas Sales LLC | | | $11,486.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

2345 N. Woodruff Ave
Idaho Falls, ID 83401

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
12/15/13
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
See Attachment B - 47

**Describe the lien**
Promissory Note
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | Bank of Idaho | | | $78,867.00 | Unknown |
|---|---|---|---|---|---|

Creditor's Name

1800 Channing Way, PO Box 14
Idaho Falls, ID 83404

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
01/01/15
**Last 4 digits of account number**
3722

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
See Attachment B - 47

**Describe the lien**
Promissory Note
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Debtor   S & S Heavy Haul, LLC

Case number (if know) _____

Name

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.3 | Bank of Idaho | Describe debtor's property that is subject to a lien | $86,421.00 | Unknown |

Creditor's Name

See Attachment B - 47

1800 Channing Way, PO Box 14
Idaho Falls, ID 83404

Creditor's mailing address

**Describe the lien**
Promissory Note

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

**Last 4 digits of account number**
3552

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.4 | Barcus | Describe debtor's property that is subject to a lien | $389,722.00 | Unknown |

Creditor's Name

10 Troxell Trailers
See Attachment B - 47

PO Box 1567
Ardmore, OK 73402-1567

Creditor's mailing address

**Describe the lien**
Security Agreement

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor, including this creditor and its relative priority.

| 2.5 | Daimler | Describe debtor's property that is subject to a lien | $58,377.00 | Unknown |

Creditor's Name

See Attachment B - 47

13650 Heritage Parkway
Fort Worth, TX 76177

Creditor's mailing address

**Describe the lien**
Note and Security Agreement (Multi-State)

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 5

Debtor    S & S Heavy Haul, LLC                                                          Case number (if know) _____
          Name

| | |
|---|---|
| **Date debt was incurred** | **Is anyone else liable on this claim?** |
| 04/23/15 | ☐ No |
| **Last 4 digits of account number** | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| 3453 | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.6 | Daimler | Describe debtor's property that is subject to a lien | $61,799.00 | Unknown |
|---|---|---|---|---|

      Creditor's Name

See Attachment B - 47

13650 Heritage Parkway
Fort Worth, TX 76177
      Creditor's mailing address

**Describe the lien**
Note and Security Agreement (Multi-State)
**Is the creditor an insider or related party?**
■ No
☐ Yes

      Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
05/06/15
**Last 4 digits of account number**
5168
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | Daimler | Describe debtor's property that is subject to a lien | $61,799.00 | Unknown |
|---|---|---|---|---|

      Creditor's Name

See Attachment B - 47

13650 Heritage Parkway
Fort Worth, TX 76177
      Creditor's mailing address

**Describe the lien**
Note and Security Agreement (Multi-State)
**Is the creditor an insider or related party?**
■ No
☐ Yes

      Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
05/22/15
**Last 4 digits of account number**
7890
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | Keybank | Describe debtor's property that is subject to a lien | $153,389.00 | Unknown |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   S & S Heavy Haul, LLC                                      Case number (if know) _____
         Name

Creditor's Name

17 Corporate Woods Blvd.
Albany, NY 12211
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/21/15
**Last 4 digits of account number**
5309
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

See Attachment B - 47

**Describe the lien**
Master Security Agreement
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | Keybank |
|---|---|

Creditor's Name

17 Corporate Woods Blvd.
Albany, NY 12211
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/21/15
**Last 4 digits of account number**
4820
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
See Attachment B - 47

**Describe the lien**
Master Security Agreement
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$194,853.00     Unknown

---

| 2.1 0 | Transportation Alliance Bank |
|---|---|

Creditor's Name
4185 Harrison Blvd., Suite 200
PO Box 1487
Idaho Falls, ID 83404
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
8578

**Describe debtor's property that is subject to a lien**
Accounts Receivable - See Attachment B-11
See Attachment B - 47

**Describe the lien**
Promissory Note
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

$259,287.00     $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 5

Debtor   S & S Heavy Haul, LLC
_____
Name

Case number (if known) _____

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.11 | Transportation Alliance Bank | | | |
|------|------------------------------|---|---|---|

Creditor's Name

4185 Harrison Blvd., Suite 200
PO Box 1487
Idaho Falls, ID 83404

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
8426

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Accounts Receivable - See Attachment B-11
See Attachment B - 47

**Describe the lien**
Promissory Note

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

$178,133.00        Unknown

---

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$1,534,133.00

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    S & S Heavy Haul, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|

**2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

Alabama Department of Labor
649 Monroe Street
Montgomery, AL 36131

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown

Alabama Dept. of Revenue
50 N. Ripley Street
Montgomery, AL 36104

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.3** | Priority creditor's name and mailing address
Cashdollar, Joseph
630 Bridgeview Ave
Chester, WV 26034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$625.00   $625.00

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
Costantini, James
142 Churchman Circle
Wintersville, OH 43953

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$862.50   $862.50

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
Day, Brittany N
8108 NW 31st Street
Bethany, OK 73008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,938.46   $1,938.46

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
Delaware Division of Corporations
401 Federal Street #4
Dover, DE 19901

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $480.00 | $480.00 |
|---|---|---|---|---|
| | Falletti, Anthony<br>1472 Butterfly Path Rd<br>Marion, SC 29571 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,825.00 | $1,825.00 |
|---|---|---|---|---|
| | Grey, John<br>601 SW 156th Street<br>Oklahoma City, OK 73170 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $3,843.03 | $3,843.03 |
|---|---|---|---|---|
| | Hamilton, Maurice A<br>9677 Eagle Ranch Rd NW 1512<br>Albuquerque, NM 87114 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $735.00 | $735.00 |
|---|---|---|---|---|
| | Herbert, Tyson<br>21055 Nolan Lane<br>Covington, LA 70435 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,580.00 | $6,580.00 |
|---|---|---|---|---|

Hernandez, Frank
10702 Rancho Rd
Santa Rosa, TX 78593

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

Hilliard, Joshua
815 3rd Street
Brilliant, OH 43913

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,175.00 | $2,175.00 |
|---|---|---|---|---|

Holcolmb, Christopher D
804 17th Ave SW
Waterford City, ND 58854

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,300.00 | $1,300.00 |
|---|---|---|---|---|

Hurst, Fred G
6592 Raley Rd
New Waterford, OH 44445

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Debtor    S & S Heavy Haul, LLC
_____       Case number (if known) _____
          Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,153.84 | $2,153.84 |

2.15 Priority creditor's name and mailing address

Hurt, Jennifer
475 J St
Idaho Falls, ID 83402

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,153.84    $2,153.84

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

2.16 Priority creditor's name and mailing address

Idaho Industrial Commission
700 Clearwater Lane
Boise, ID 83712

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.17 Priority creditor's name and mailing address

Idaho State Tax Commission
800E. Park Bl., #500
Boise, ID 83712

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

2.18 Priority creditor's name and mailing address

Internal Revenue Service
1919 Smith Street
Stop 5022
Houston, TX 77002

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   S & S Heavy Haul, LLC _____   Case number (if known) _____
          Name

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,325.00 | $2,325.00 |

**2.19** Priority creditor's name and mailing address
Koen, Paul S
2712 Ash Park
Richland Hills, TX 76118

As of the petition filing date, the claim is: $2,325.00   $2,325.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.20** Priority creditor's name and mailing address
Ledig, Shawn M
354 Red Maple Dr
Mendeville, LA 70448

As of the petition filing date, the claim is: $8,417.99   $8,417.99
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.21** Priority creditor's name and mailing address
Louisiana Dept. of Revenue
PO Box 201
617 North Third Street
Baton Rouge, LA 70821-3138

As of the petition filing date, the claim is: Unknown   Unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.22** Priority creditor's name and mailing address
Louisiana Workforce Commission
1001 N. 23rd Street
Baton Rouge, LA 70802

As of the petition filing date, the claim is: Unknown   Unknown
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   S & S Heavy Haul, LLC                                          Case number (if known) _____
           Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $156.00 | $156.00 |
|------|------|------|------|------|

**2.23**

Priority creditor's name and mailing address
Love, Timothy J
601 Two Ridge Rd Apt 10
Wintersville, OH 43953

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$156.00       $156.00

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24**

Priority creditor's name and mailing address
Mason, Christopher
354 Lincoln Ave
Mingo Junction, OH 43938

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$144.00       $144.00

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address
Montana Department of Labor
PO Box 1728
Helena, MT 59624-1728

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown       Unknown

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address
New Mexico Department of
Workforce
Solutions
PO Box 2281
Albuquerque, NM 87103

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown       Unknown

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | S & S Heavy Haul, LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,182.37 | $1,182.37 |
|---|---|---|---|---|

**2.27** Priority creditor's name and mailing address
New Mexico Taxation & Revenue Dept.
PO Box 5188
Attn: Commercial Vehicle Unit
Santa Fe, NM 87504-5123

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,182.37   $1,182.37

Date or dates debt was incurred

Basis for the claim:
Mileage Tax

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.28** Priority creditor's name and mailing address
New Mexico Taxation and Revenue Dept.
1100 South St. Francis Drive
Santa Fe, NM 87504-5127

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.29** Priority creditor's name and mailing address
Ohio Department of Taxation
PO Box 530
Columbus, OH 43216-0530

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.30** Priority creditor's name and mailing address
Oklahoma Department of Labor
3017 N. Stiles Ave., #100
Oklahoma City, OK 73105

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Unknown   Unknown

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.31** | Priority creditor's name and mailing address
Oklahoma Tax Commission
2501 North Lincoln Blvd.
Oklahoma City, OK 73194

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.32** | Priority creditor's name and mailing address
Phillips, Laura K
153 Lawnview Drive
New Cumberland, WV 26047

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,207.00    $1,207.00

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.33** | Priority creditor's name and mailing address
Prince, Cassidy L
6612 NW 32nd Street
Bethany, OK 73008

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$180.00    $180.00

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.34** | Priority creditor's name and mailing address
Quaigg, Nicholas K
1100 Township Rd, 167A
Mingo Junction, OH 43938

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$272.00    $272.00

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $850.00 | $850.00 |
|---|---|---|---|---|
| | Quaigg., Robert | Check all that apply. | | |
| | 1100 TWP Road 167A | ☐ Contingent | | |
| | Mingo Jct., OH 43938 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,760.00 | $1,760.00 |
|---|---|---|---|---|
| | Ritter, Joseph M | Check all that apply. | | |
| | 115 Cole Street | ☐ Contingent | | |
| | Dillonvale, OH 43917 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,990.00 | $2,990.00 |
|---|---|---|---|---|
| | Shaw, Dakota P | Check all that apply. | | |
| | 1009A Springhill Rd | ☐ Contingent | | |
| | Barling, AR 72923 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $925.00 | $925.00 |
|---|---|---|---|---|
| | Shaw, Matthew W | Check all that apply. | | |
| | 3176 Curry St | ☐ Contingent | | |
| | Liverpool, OH 43920 | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | Wages | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,769.22 | $3,769.22 |
|---|---|---|---|---|
| | Shiflett, Margaret A<br>10032 Paisley Rd<br>Yukon, OK 73099 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $450.00 | $450.00 |
|---|---|---|---|---|
| | Shiflett, Tara<br>10032 Paisley Road<br>Yukon, OK 73099 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,019.96 | $5,019.96 |
|---|---|---|---|---|
| | Stone, Benjamin N<br>955 Charbonier<br>Florissant, MO 63031 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Wages | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|
| | Texas Comptroller of Public Accounts<br>Revenue Accounting Division<br>Bankruptcy Section<br>P.O. Box 13528 Capitol Station<br>Austin, TX 78711 | Check all that apply.<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>For Notice Purposes Only | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Texas Workforce Commission**
101 E. 15th Street
Austin, TX 78778-0001

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
For Notice Purposes Only

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $675.00 | $675.00 |
|---|---|---|---|---|

**Todorich, Richard J**
1311 Virginia Ave
Midland, PA 15059

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $575.00 | $575.00 |
|---|---|---|---|---|

**Williams, Charles**
413 Mclister Avenue
Mingo Junction, OH 43938

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $432.00 | $432.00 |
|---|---|---|---|---|

**Wright, Shane M**
308 Jewett Rd
Steubenville, OH 43952

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $384.00 | Unknown |
|---|---|---|---|---|

Yarnevic, Shane E
404 N Zane Hwy Apt A
Martins Fery, HI 43935

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
Wages

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $680.28 |
|---|---|---|---|

AAA 5 Star Auto Glass
1417 West Main St.
OKC, OK 73106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,938.57 |
|---|---|---|---|

Action Supply Products
1065 Montour West Industrial Park
Coraopolis, PA 15108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,150.29 |
|---|---|---|---|

Advanced Tank Testing & Trailer Repair
1111 Fullerton Street
Shreveport, LA 71107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,240.90 |
|---|---|---|---|

Airgas USA, LLC
PO Box 676015
Dallas, TX 75267-6015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,272.52 |
|---|---|---|---|

All Time Freight
1815 Mountain Shadow Lane N.
Cheyenne, WY 82009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Trade

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   S & S Heavy Haul, LLC                                    Case number (if known) _____
         Name

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $21.15 |

**3.6**   **Nonpriority creditor's name and mailing address**
American Electric Power
PO Box 24404
Canton, OH 44701-4404

Date(s) debt was incurred _____
Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.          $21.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7**   **Nonpriority creditor's name and mailing address**
Arrow Wrecker Service, Inc.
700 N. Villa Avenue
Oklahoma City, OK 73107

Date(s) debt was incurred _____
Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.          $756.28
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8**   **Nonpriority creditor's name and mailing address**
Ascentium Capital
23970 US 59 North
Kingwood, TX 77339

Date(s) debt was incurred _____
Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.          $36,561.39
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Lease__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9**   **Nonpriority creditor's name and mailing address**
Asset Vision
540 Lake Street, Suite 11
Excelsior, MN 55331

Date(s) debt was incurred _____
Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.          $10,700.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10**   **Nonpriority creditor's name and mailing address**
Bakers Sign & Shirt
1315 S. Shepard Ave.
El Reno, OK 73036

Date(s) debt was incurred _____
Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.          $899.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11**   **Nonpriority creditor's name and mailing address**
Ben Freeman LLC
25 Broadway, 9th Floor
New York, NY 10013

Date(s) debt was incurred  04/01/18
Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.          $50,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Promissory Note__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12**   **Nonpriority creditor's name and mailing address**
Ben Freeman LLC
25 Broadway, 9th Floor
New York, NY 10013

Date(s) debt was incurred _____
Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.          $19,230.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Consulting__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,874.80 |
|---|---|---|---|

Bill Ketchum
11440 Columbiana Canfield Road
Canfield, OH 44406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,300.00 |
|---|---|---|---|

Boyd Christensen
5485 E. Sunnyside Road
Idaho Falls, ID 83406

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Rent_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $321.76 |
|---|---|---|---|

Bridgeport Equipment
500 Hall Street
Bridgeport, OH 43912

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $560.63 |
|---|---|---|---|

Bruckner Truck Sales,  Inc.
Corporate Billing LLC
PO Box 1726
Decatur, AL 35602

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

Bulk Carriers Service, Inc.
2743 Brightwood Rd. SE
New Philadelphia, OH 44663

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.50 |
|---|---|---|---|

Burns & Reyes Attorneys
205 South Hill St
Caldwell, TX 77836

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Attorney Fees_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $386.27 |
|---|---|---|---|

Cable One
PO Box 78000
Phoenix, AZ 85062-8000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,692.00 |
|---|---|---|---|

Cal - Ohio Lube Products Co
PO Box 245
North Lima, OH 44452

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Trade

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,373.00 |
|---|---|---|---|

Capital Logistics
12 Water Street, Suite 403B
White Plains, NY 10601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Lease

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $848.33 |
|---|---|---|---|

Cargo Tank Services
2640 West Reno Ave
Oklahoma City, OK 73107

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Trade

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $642.67 |
|---|---|---|---|

City Trailer, Inc.
10220 W. Reno Avenue
Oklahoma City, OK 73127

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Trade

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,510.97 |
|---|---|---|---|

Command Properties
6549 S 5th West
Idaho Falls, ID 83404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Rent

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,197.19 |
|---|---|---|---|

COS LLC dba Castle Oilfield Services
c/o Kip M. Kaler, Kaler Doeling, PLLP
3429 Interstate Bl., S.
PO Box 9231
Fargo, ND 58106-9231

■ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Judgment

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.18 |
|---|---|---|---|

Cox Communication
PO Box 248851
Oklahoma City, OK 73124-8851

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:**  Trade

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    S & S Heavy Haul, LLC

Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.27 | **Nonpriority creditor's name and mailing address**<br>Crossett Inc<br>201 S Carver St, PO Box 946<br>Warren, PA 16365 | $22,867.62 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Crystal Springs<br>PO Box 660579<br>Dallas, TX 75266 | $116.14 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Derritech Transport Inc.<br>308 Rivercrest Drive<br>Fort Smith, AR 72903 | $44,515.11 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Lease_

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address**<br>E Fax.com<br>6922 Hollywood Blvd, 5th Floor<br>Los Angeles, CA 90028 | $38.85 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>EAP Industries Inc.<br>PO Box 275<br>Atlasburg, PE 15004 | $1,288.96 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Falcon Tire Services<br>P.O. 622<br>Loving, NM 88256 | $2,157.65 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Fast Recruiting Inc<br>3151 Airway Ave, Suite F-208<br>Costa Mesa, CA 92626 | $900.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $428.37 |
|---|---|---|---|

Fastenal Company
P.O. Box 978
Winona, MN 55987-0978

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Federal Railroad Administration
Attn: Brian Roberts
1200 New Jersey Avenue, S.E.
W33-417
Washington, DC 20590

☐ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _FRA Violations_
_ZSHV 2017-1(HMT) and ZSHV 2017-2(HMT)_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,518.97 |
|---|---|---|---|

Fleetpride Truck & Trailer Parts
P.O. Box 847118
Dallas, TX 75284-7118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $669.41 |
|---|---|---|---|

Forrest Tire
PO Box 1778
Carlsbad, NM 88221-1778

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $95,000.00 |
|---|---|---|---|

GFHG, LLC
25 Broadway, 9th Floor
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _05/19/17_
**Last 4 digits of account number** _

**Basis for the claim:** _Promissory Note_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |
|---|---|---|---|

GFHG, LLC
25 Broadway, 9th Floor
New York, NY 10004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _05/12/17_
**Last 4 digits of account number** _

**Basis for the claim:** _Promissory Note_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $378.00 |
|---|---|---|---|

Green Pump Systems
29835 N 61st St
Cave Creek, AZ 85331

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

Debtor   S & S Heavy Haul, LLC
_____     Case number (if known) _____
         Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,178.03 |
|---|---|---|---|

Hankel Truck and Trailer Repair
P.O. Box 105
Cheyenne, WY 82003

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $781.58 |
|---|---|---|---|

Heritage-Crystal Clean, LLC
13621 Collections Center Drive
Chicago, IL 60690-3600

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,000.00 |
|---|---|---|---|

HF Holdco LLC
25 Broadway, 9th Floor
New York, NY 10004

**Date(s) debt was incurred** 04/01/18

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,009.90 |
|---|---|---|---|

Hilltop Tire
618 W Wise St
Bowie, TX 76230

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,480.00 |
|---|---|---|---|

HudsonField, LLC
25 Broadway
New York, NE 10004

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany claim for expenses

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100,000.00 |
|---|---|---|---|

HudsonField, LLC
25 Broadway, 9th Floor
New York, NY 10004

**Date(s) debt was incurred** 06/12/17

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Promissory Note

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $533.08 |
|---|---|---|---|

Hungry Horse, LLC
PO Box 1058
El Reno, OK 73036

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $359.33 |
|---|---|---|---|

Iowa 80 Group
PO Box 639 / 515 Sterling Drive
Walcott, IA 52773

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $429.00 |
|---|---|---|---|

J & J Truck Wash
128 Technology Way
Steubenville, OH 43952

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|---|---|---|---|

JF Shirley Inc
1223 South Brundidge St
Troy, AL 36081

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,311.10 |
|---|---|---|---|

Jim Johnson Oil
2501 East Highway 66
El Reno, OK 73036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,813.42 |
|---|---|---|---|

JLC Trucking
701 Ryan Street
Rawlins, WY 82301

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

Jobbio
3500 S. DuPont Hwy
Dover, DE 19901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,719.17 |
|---|---|---|---|

Kenan Advantage Group
4366 Mt Pleasant St. NW
N. Canton, OH 44720

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>Kenworth Sales<br>Dept. #001, PO Box 27088<br>Salt Lake City UT  84127-0088 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $16,562.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.56 | **Nonpriority creditor's name and mailing address**<br>Kenworth Sales Co., Paclease<br>Dept. #001, PO Box 27088<br>Salt Lake City, UT 84127-0088 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $67,697.18 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Lease | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.57 | **Nonpriority creditor's name and mailing address**<br>Koenig Transport<br>9024 N. Rockwell Drive<br>Oklahoma City, OK 73132 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $15,013.10 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.58 | **Nonpriority creditor's name and mailing address**<br>Kohrt Transport<br>10500 Crane Road<br>Meridian, OK 73058 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $760.32 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address**<br>Linkedin<br>100 West Maude Avenue<br>Sunnyside, CA 94085 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,625.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.60 | **Nonpriority creditor's name and mailing address**<br>Linq Partners<br>5057 Keller Springs Parkway, Suite 300<br>Addison, TX 75001 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,000.00 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.61 | **Nonpriority creditor's name and mailing address**<br>LPM Forklift Sales and Service,  Inc.<br>PO Box 82853<br>Oklahoma City, OK 73148 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $228.85 |
| | **Date(s) debt was incurred** _ | **Basis for the claim:**  Trade | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | S & S Heavy Haul, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.62** | Nonpriority creditor's name and mailing address
LYF Leasing
1500 Post Road
Anchorage, AK 99501

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade 

Is the claim subject to offset? ■ No  ☐ Yes

$3,569.46

---

**3.63** | Nonpriority creditor's name and mailing address
Master Pumps
1617 SE 23rd Street
OKC, OK 73129

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade 

Is the claim subject to offset? ■ No  ☐ Yes

$43.79

---

**3.64** | Nonpriority creditor's name and mailing address
Master Truck & Trailer LLC
3000 Garden City Hwy
Midland, TE 79701

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade 

Is the claim subject to offset? ■ No  ☐ Yes

$2,986.82

---

**3.65** | Nonpriority creditor's name and mailing address
McBride Supplies It All, LLC.
709 W. Broadway, PO Box 1105
Hobbs, NM 88240

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade 

Is the claim subject to offset? ■ No  ☐ Yes

$84.55

---

**3.66** | Nonpriority creditor's name and mailing address
Meridian Technology Center
1312 South Sangre Road
Attn: Finance Department
Stillwater, OK 74074

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade 

Is the claim subject to offset? ■ No  ☐ Yes

$200.00

---

**3.67** | Nonpriority creditor's name and mailing address
MHC Kenworth - Oklahoma City
PO Box 879269
Kansas City, MO 64187-9269

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade 

Is the claim subject to offset? ■ No  ☐ Yes

$9,352.30

---

**3.68** | Nonpriority creditor's name and mailing address
Midwest Hose
PO Box 96558
Oklahoma City, OK 73143

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade 

Is the claim subject to offset? ■ No  ☐ Yes

$1,463.45

---

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address**
Modular Space Corporation
12603 Collections Center Drive
Chicago, IL 60693-0126

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$2,544.50

---

**3.70** | **Nonpriority creditor's name and mailing address**
N C Sanitation, Inc.
P.O. Box 355
Chester, WV 26034

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$135.00

---

**3.71** | **Nonpriority creditor's name and mailing address**
National Lime & Stone Company
PO Box 120
Findlay, OH 45839-0120

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$240.17

---

**3.72** | **Nonpriority creditor's name and mailing address**
Ninth Street Group LLC
1941 Johns Drive
Glenview, IL 60025

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$8,000.00

---

**3.73** | **Nonpriority creditor's name and mailing address**
North Star Properties

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Rent_

Is the claim subject to offset? ■ No ☐ Yes

$2,025.00

---

**3.74** | **Nonpriority creditor's name and mailing address**
O'Reilly Automotive, Inc.
PO Box 9464
Springfield, MO 65801-9464

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Trade_

Is the claim subject to offset? ■ No ☐ Yes

$2,113.88

---

**3.75** | **Nonpriority creditor's name and mailing address**
OG&E
PO Box 24990
Oklahoma City, OK 73124-0990

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Utility Service_

Is the claim subject to offset? ■ No ☐ Yes

$694.08

---

Debtor   S & S Heavy Haul, LLC
_____     Case number (if known) _____
         Name

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $214.50 |
|---|---|---|---|

**3.76**

Nonpriority creditor's name and mailing address
Ohio Valley Septic
190 Valley View Drive
Wellsburg, WV 26070

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Utility Service_

Is the claim subject to offset? ☒ No ☐ Yes

$214.50

---

**3.77**

Nonpriority creditor's name and mailing address
OK Corp. Commission
PO Box 52000
Attn: Transportation Division
Oklahoma City, OK 73152

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Fine_

Is the claim subject to offset? ☒ No ☐ Yes

$125.00

---

**3.78**

Nonpriority creditor's name and mailing address
Pedal Down Trucking
3015 Rock Creek Drive
Fort Collins, CO 80528

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade_

Is the claim subject to offset? ☒ No ☐ Yes

$18,575.29

---

**3.79**

Nonpriority creditor's name and mailing address
Personal Concepts
PO Box 5750
Carol Stream, IL 60197-5750

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade_

Is the claim subject to offset? ☒ No ☐ Yes

$252.88

---

**3.80**

Nonpriority creditor's name and mailing address
PH Delivery
228 S. 17th Street
Weirton, WV 26062

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade_

Is the claim subject to offset? ☒ No ☐ Yes

$11,543.24

---

**3.81**

Nonpriority creditor's name and mailing address
Pikepass
PO Box 268803
Oklahoma City, OK 73126-8803

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade_

Is the claim subject to offset? ☒ No ☐ Yes

$848.60

---

**3.82**

Nonpriority creditor's name and mailing address
Poppe Truck Service
257 State  Ropute 250
Adena, OH 43901-7925

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _Trade_

Is the claim subject to offset? ☒ No ☐ Yes

$939.51

---

| Debtor | S & S Heavy Haul, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.83** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00

Poston Denny & Killpack, PLLC
3400 Merlin Dr.
Idaho Falls, ID 83404

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Accounting Services__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,062.21

Premier Truck Rental
9138 Bluffton Road
Ft. Wayne, IN 46809

☐ Contingent
☐ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $80.54

Quill Corp.
PO Box 37600
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $15,774.52

R&R Roustabout Services
PO Box 253
Ringwood, OK 73768

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,500.00

Reginald Joseph
900 Rachel's Court
Allen, TX 75013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25,000.00

River Rail Development, LLC
PO Box 6543
35th & McColloch Streets
Wheeling, WV 26003

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Rent__

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $110.00

RMS
PO Box 361136
Columbus, OH 43236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $504.07 |
|---|---|---|---|

Robinson Collision
252 State Route 646
Richmond, OH 43944

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,695.09 |
|---|---|---|---|

Rush Truck Center
PO Box 2250
Decatur, AL 35609

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $175,000.00 |
|---|---|---|---|

Savetech, LLC
7292 Culebra Rio Circle
Idaho Falls, ID 83401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 08/22/16

**Last 4 digits of account number** _

**Basis for the claim:** Promissory Note

Is the claim subject to offset? ■ No ☐ Yes

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26,171.91 |
|---|---|---|---|

Scott Bormaster
4911 Laurel Street
Bellaire, TX 77401

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Consulting Fees

Is the claim subject to offset? ■ No ☐ Yes

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $13,778.88 |
|---|---|---|---|

Shaffer's Auto & Diesel Repair LLC
7292 Greenwood Road
Shreveport, LA 71109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $120.39 |
|---|---|---|---|

Site Box Storage
RedGarud, LLC
 PO Box 733895
Dallas, TX 75391

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $713.00 |
|---|---|---|---|

Skyview Apartments
1644 E Highway 66
El Reno, OK 73036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **S & S Heavy Haul, LLC**                                      Case number *(if known)* _____
          Name

| 3.97 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $78.03 |

Sooner Rubber Products
PO Box 95103
Oklahoma City, OK 73143

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,579.00 |

Southside Wrecker Service LLC
1313 S Main St.
Kingfisher, OK 73750

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $718.96 |

Speedco
P.O. Box 945684
Atlanta, GA 30394-5684

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $6,822.27 |

STARS HazMat
4201 Neshaminy Blvd, Suite 108-278
Bensalem, PA 19020

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,474.05 |

Steel Valley Tank & Welding
PO Box 8
Brilliant, OH 43913

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $839.35 |

Steubenville Truck Center
PO Box 1741
Steubenville, OH 43952-0741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25,000.00 |

Steven C. Earl
Gauntt, Earl & Binney, L.L.P.
1400 Woodloch Forest Drive, Suite 575
Spring, TX 77380

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Loan__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  S & S Heavy Haul, LLC
_____          Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.104 | **Nonpriority creditor's name and mailing address**<br>Swenson Backhoe Service, Inc.<br>PO Box 151<br>Electra, TX 76360 | $706.56 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.105 | **Nonpriority creditor's name and mailing address**<br>T&W Tire<br>P.O. Box 258859<br>Oklahoma City, OK 73125-8859 | $19,332.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.106 | **Nonpriority creditor's name and mailing address**<br>TanMar<br>P.O. Box 1376<br>Eunice, LO 70535 | $10,034.51 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.107 | **Nonpriority creditor's name and mailing address**<br>Tifco Industries<br>PO Box 40277<br>Houston, TX 77240-0277 | $4,198.28 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.108 | **Nonpriority creditor's name and mailing address**<br>Trail Enterprises LLC<br>1518 South Rock Island Avenue<br>El Reno, OK 73036 | $6,500.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Rent

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.109 | **Nonpriority creditor's name and mailing address**<br>Transportation Compliance<br>601 E Schiller Lane<br>Meridian, ID 83642 | $5,325.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.110 | **Nonpriority creditor's name and mailing address**<br>Tres Safety LLC<br>PO Box 701<br>El Reno, OK 73036 | $1,540.00 |

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | S & S Heavy Haul, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $700.00 |
|---|---|---|---|
| | Triple A Storage | ☐ Contingent | |
| | 375 Bantam Ridge | ☐ Unliquidated | |
| | Wintersville, OH 43953 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Storage__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,709.57 |
|---|---|---|---|
| | Triple M Transport | ☐ Contingent | |
| | 800 N Mitchell Rd | ☐ Unliquidated | |
| | Hennessey, OK 73742 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
|---|---|---|---|
| | Trucker Search.com | ☐ Contingent | |
| | PO Box 131 | ☐ Unliquidated | |
| | Chillicothe, MO 64601 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,116.14 |
|---|---|---|---|
| | United Rentals | ☐ Contingent | |
| | 6125 Lakeview Road | ☐ Unliquidated | |
| | Suite 300 Charlotte, NC 28269 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,833.35 |
|---|---|---|---|
| | United Superior Logistics | ☐ Contingent | |
| | 2233 Sharma Drive | ☐ Unliquidated | |
| | Wellington, FL 33414 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,926.21 |
|---|---|---|---|
| | VWP Step by Step | ☐ Contingent | |
| | 2634 Stratford Drive | ☐ Unliquidated | |
| | Springfield, IL 62704 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $13,369.40 |
|---|---|---|---|
| | Wingspan, LLC | ☐ Contingent | |
| | 739 Grant 55 | ☐ Unliquidated | |
| | Hensley, AR 72065 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Trade__ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **S & S Heavy Haul, LLC** _____  Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

3.118  **Nonpriority creditor's name and mailing address**

Yawer Contracting
4725 Crest Place
Oklahoma City, OK 73117

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.          $1,919.15

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

---

3.119  **Nonpriority creditor's name and mailing address**

Ziegler Tire
PO Box 678
Massillon, OH 44648

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.          $11,579.12

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade__

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 54,412.37 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,336,476.40 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,390,888.77 |

| Fill in this information to identify the case: |
|---|

Debtor name    S & S Heavy Haul, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
       ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
       ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    Vehicle/Truck Lease<br><br>State the term remaining<br><br>List the contract number of any government contract | Alaska Capital Holding<br>7292 Culebra Rio Circle<br>Idaho Falls, ID 83406 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    Vehicle/Truck Lease<br><br>State the term remaining<br><br>List the contract number of any government contract | Ascentium Capital LLC<br>23970 US 59 North<br>Kingwood, TX 77339 |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    Nonresidential Real Property Lease - 1601 Midway, Idaho Falls, ID<br><br>State the term remaining<br><br>List the contract number of any government contract | Boyd Christensen<br>5485 E. Sunnyside Road<br>Idaho Falls, ID 83406 |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    Agreement to Lease Equipment<br><br>State the term remaining<br><br>List the contract number of any government contract | Capital Logistics<br>12 Water Street, Suite 403B<br>White Plains, NY 10601 |

Debtor 1   S & S Heavy Haul, LLC

First Name        Middle Name        Last Name

Case number (*if known*) _____



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest

Equipment Lease - 2015 Dragon 12,600 Gallon VIN 39187

State the term remaining

List the contract number of any government contract

Holcombe Enterprise
251 Kansas Road, PO Box 1330
Toledo, WA 98591

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

Equipment Lease - 2015 Dragon 12,600 Gallon VIN 39186

State the term remaining

List the contract number of any government contract

Holcombe Enterprise
251 Kansas Road, PO Box 1330
Toledo, WA 98591

**2.7.** State what the contract or lease is for and the nature of the debtor's interest

Vehicle/Truck Lease

State the term remaining

List the contract number of any government contract

Kenworth Sales Co., Paclease
Dept. #001, PO Box 27088
Salt Lake City, UT 84127-0088

**2.8.** State what the contract or lease is for and the nature of the debtor's interest

Vehicle/Truck  Lease

State the term remaining

List the contract number of any government contract

Lone Star Crude
4925 Greenville Avenue, Suite 1220
Dallas, TX 75206

**2.9.** State what the contract or lease is for and the nature of the debtor's interest

Vehicle/Truck Lease

State the term remaining

List the contract number of any government contract

Metrix Capital
155 N. Riverview Dr., Suite 309
Anaheim, CA 92808

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

Nonresidential Real Property Lease - 440 South Third Street, Steubenville, Ohio 43954

State the term remaining

List the contract number of any

River Rail Development, LLC
PO Box 6543
35th & McColloch Streets
Wheeling, WV 26003

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1    S & S Heavy Haul, LLC _____    Case number (if known) _____
           First Name          Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| | | | |
|---|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | Nonresidential Real Property Lease - 1400 Trail Blvd., El Reno Oklahoma 73036 | |
| | State the term remaining | | Trail Enterprises LLC 1518 South Rock Island Avenue El Reno, OK 73036 |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   S & S Heavy Haul, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- | --- |
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Dustin Marchand | 1689 Glenwood Road Luverne, AL 36049 | Bank of Idaho | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Dustin Marchand | 1689 Glenwood Road Luverne, AL 36049 | Bank of Idaho | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Dustin Marchand | 1689 Glenwood Road Luverne, AL 36049 | Transportation Alliance Bank | ■ D __2.10__ ☐ E/F _____ ☐ G _____ |
| 2.4 | Dustin Marchand | 1689 Glenwood Road Luverne, AL 36049 | Transportation Alliance Bank | ■ D __2.11__ ☐ E/F _____ ☐ G _____ |
| 2.5 | Steven D. Sill | 3600 E. Hyrum Idaho Falls, ID 83401 | Bank of Idaho | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |

Debtor   S & S Heavy Haul, LLC _____     Case number *(if known)* _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Steven D. Sill | 3600 E. Hyrum<br>Idaho Falls, ID 83401 | Bank of Idaho | ■ D___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Steven D. Sill | 3600 E. Hyrum<br>Idaho Falls, ID 83401 | Daimler | ■ D___2.5___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Steven D. Sill | 3600 E. Hyrum<br>Idaho Falls, ID 83401 | Daimler | ■ D___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Steven D. Sill | 3600 E. Hyrum<br>Idaho Falls, ID 83401 | Daimler | ■ D___2.7___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Steven D. Sill | 3600 E. Hyrum<br>Idaho Falls, ID 83401 | Keybank | ■ D___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Steven D. Sill | 3600 E. Hyrum<br>Idaho Falls, ID 83401 | Keybank | ■ D___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Trevor E. Bates | 7292 Culebra Rio Circle<br>Idaho Falls, ID 83401 | Bank of Idaho | ■ D___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Trevor E. Bates | 7292 Culebra Rio Circle<br>Idaho Falls, ID 83401 | Bank of Idaho | ■ D___2.3___<br>☐ E/F _____<br>☐ G _____ |

Debtor  S & S Heavy Haul, LLC                                    Case number *(if known)*  _____

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | Trevor E. Bates | 7292 Culebra Rio Circle<br>Idaho Falls, ID 83401 | Daimler | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Trevor E. Bates | 7292 Culebra Rio Circle<br>Idaho Falls, ID 83401 | Daimler | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Trevor E. Bates | 7292 Culebra Rio Circle<br>Idaho Falls, ID 83401 | Daimler | ■ D __2.7__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Trevor E. Bates | 7292 Culebra Rio Circle<br>Idaho Falls, ID 83401 | Keybank | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Trevor E. Bates | 7292 Culebra Rio Circle<br>Idaho Falls, ID 83401 | Keybank | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |

# S & S HEAVY HAUL, LLC

| Debtor Name | Debtor Code | Balance | [0-30] | [31-45] | [46-60] | [61+] |
|---|---|---|---|---|---|---|
| HOLLYFRONTIER CORPORATION | HFC009 | $4,330.41 | $4,330.41 | $0.00 | $0.00 | $0.00 |
| NEWFIELD EXPLORATION COMPANY | NWF002 | $2,184.82 | $0.00 | $2,184.82 | $0.00 | $0.00 |
| OMNI ENERGY GROUP LLC | OEG009 | $1,225.82 | $0.00 | $0.00 | $1,225.82 | $0.00 |
| PBF HOLDING COMPANY LLC | PBF001 | $234,170.50 | $234,170.50 | $0.00 | $0.00 | $0.00 |
| SUNOCO LOGISTICS PARTNERS | SUN507 | $54,446.56 | $54,446.56 | $0.00 | $0.00 | $0.00 |

**SCHEDULE B-11**                    **ACCOUNTS RECEIVABLE**

S S HEAVY HAUL LLC

SCHEDULE B - 47

TRUCKS AND TRAILERS

| Internal ID | Year | Make | Model | VIN | Purchase Value | Market Value | Creditor |
|---|---|---|---|---|---|---|---|
| 110T | 2013 | Durahaul | MST | 3P9KT4421D1033456 | 77,000 | 70,000 | n/a |
| 2 | 2005 | GMC | Sierra 1500 | 2GTEK13T851194624 | n/a | 6,000 | n/a |
| n/a | 2007 | Kenworth | W900 | 1XKWDB9X97J158811 | n/a | 10,000 | n/a |
| SH0003 | 2014 | Ford | XLP F150 LTS | 1FTFW1ETXEKF92424 | n/a | 25,000 | n/a |
| 4 | 2003 | Haulmark | TL | 16HPB142X3U029617 | n/a | 3,500 | n/a |
| 5 | 1998 | Chevrolet | S10 | 1GCCS14X7W8182987 | n/a | 500 | n/a |
| n/a | 2017 | Crude Transloader | | | | 70,000 | |
| n/a | 2017 | Corialis Meter | | | | 25,000 | |
| 2004T | 2013 | DuraHaul | Tank Trailer | 3P9KT442XD1033505 | 77,000 | 70,000 | Atlas Sales |
| 102T | 2013 | DuraHaul | Tank Trailer | 3P9KT4427D1033509 | 77,000 | 70,000 | Atlas Sales |
| 111 | 2013 | Kenworth | truck | 1XKDD40X8DJ353925 | 100,000 | 70,000 | Bank of Idaho |
| 108 | 2015 | Western Star | truck | 5KKXAMCK5FPGK0344 | 100,000 | 110,000 | Bank of Idaho |
| 109 | 2015 | Western Star | truck | 5KKXAMCKXFPGK4079 | 100,000 | 110,000 | Bank of Idaho |
| 111T | 2015 | Troxell | T800 | 1T9TA4425FR719790 | 75,000 | 75,000 | Bank of Idaho |
| 301T | 2014 | Troxell | TS | 1T9TA4429er719175 | 80,000 | 75,000 | Barcas |
| 108T | 2014 | Troxell | TS | 1T9TA4422ER719177 | 75,000 | 60,000 | Barcas |
| 121T | 2014 | Troxell | TS | 1T9TA4420ER719176 | 75,000 | 60,000 | Barcas |
| 122T | 2014 | Troxell | TS | 1T9TA442XER719170 | 75,000 | 60,000 | Barcas |
| 123T | 2014 | Troxell | TS | 1T9TA4421ER719171 | 75,000 | 60,000 | Barcas |
| 124T | 2014 | Troxell | TS | 1T9TA4423ER719172 | 75,000 | 60,000 | Barcas |
| 125T | 2014 | Troxell | TS | 1T9TA442XER719167 | 75,000 | 60,000 | Barcas |
| 126T | 2014 | Troxell | TS | 1T9TA4427ER719174 | 75,000 | 60,000 | Barcas |
| 401T | 2014 | Troxell | TS | 1T9TA4425ER719173 | 75,000 | 60,000 | Barcas |
| 122 | 2016 | Kenworth | T800 | 1XKDD40X7GJ125516 | 145,000 | 113,000 | Key Bank |
| 123 | 2016 | Kenworth | T800 | 1XKDD40X9GJ125517 | 145,000 | 113,000 | Key Bank |
| 2001T | 2017 | Dragon | ACT TL - LPG 2015 | 1A9A45031FH939186 | 150,000 | 135,000 | Key Bank |
| 2002T | 2017 | Dragon | ACT TL - LPG 2015 | 1A9A45033FH939187 | 150,000 | 135,000 | Key Bank |
| 113 | 2015 | Peterbilt | Model 389 | 1XPXD49X0FD306027 | 135,000 | 115,000 | Transportation Alliance Bank |
| 114 | 2015 | Peterbilt | Model 389 | 1XPXD49X2FD306028 | 135,000 | 115,000 | Transportation Alliance Bank |

S S HEAVY HAUL LLC

SCHEDULE B - 47

TRUCKS AND TRAILERS

| Internal ID | Year | Make | Model | VIN | Purchase Value | Market Value | Creditor |
|---|---|---|---|---|---|---|---|
| 115 | 2015 | Peterbilt | Model 389 | 1XPXD49X4FD306029 | 135,000 | 115,000 | Transportation Alliance Bank |
| 116 | 2015 | Peterbilt | Model 389 | 1XPXD49X4FD306032 | 135,000 | 115,000 | Transportation Alliance Bank |
| 113T | 2015 | Troxell | 9240 Crude Tanker | 1T9TA4425FR719949 | 75,000 | 80,000 | Transportation Alliance Bank |
| 112T | 2015 | Troxell | 9240 Crude Tanker | 1T9TA4824FR719922 | 75,000 | 80,000 | Transportation Alliance Bank |
| 114T | 2015 | Troxell | 9240 Crude Tanker | 1T9TA4820FR719920 | 75,000 | 80,000 | Transportation Alliance Bank |
| 115T | 2015 | Troxell | 9240 Crude Tanker | 1T9TA4822FR719921 | 75,000 | 80,000 | Transportation Alliance Bank |
| 112 | 2016 | Western Star | 4900SB | 5KKXAMAV6GPGS3512 | 140,875 | 115,000 | Daimler |
| 117 | 2016 | Western Star | 4900SB | 5KKXAMAV1GPGT0111 | 143,618 | 115,000 | Daimler |
| 118 | 2016 | Western Star | 4900SB | 5KKXAMAV3GPGT0112 | 143,618 | 115,000 | Daimler |
| 104T | 2015 | Troxell | TL | 1T9TA4338FR719731 | 88,808 | 74,000 | Metrix |
| 127T | 2014 | Troxell | Tank Trailer #451 | 1T9TA482XER719048 | 90,000 | 75,000 | Metrix |
| 2006T | 2011 | Tytal | oil trailer | 3T1L1T62XBC000076 | 89,500 | 30,000 | Metrix |
| 105T | 2015 | Troxell | 407 tanker | 1T9TA442XFR719820 | 82,000 | 80,000 | Metrix |
| 116T | 2015 | Troxell | 9240 Crude Tanker | 1T9TA4826FR719999 | 89,450 | 80,000 | Metrix |
| 119T | 2015 | Troxell | tanker | 1T9TA4333FR719524 | 88,808 | 80,000 | Metrix |
| 120T | 2015 | Troxell | tanker | 1T9TA4331FR719523 | 88,808 | 80,000 | Metrix |
| 3 | 2015 | Ford | F150 | 1FTEW1EG4FFA75564 |  | 25,000 | Alaska Capital |
| 118T | 2015 | Troxell | BBL Crude Oil Tanker | 1T9TA4426FR719121 | 76,786 | 80,000 | Ascentium |
| 117T | 2014 | Troxell | BBL Crude Oil Tanker | 1T9TA4424ER719374 | 75,000 | 60,000 | Capital Logistics |
| 128 | 2016 | Kenworth | T880 | 1XKZD49X8GJ118566 | 130,000 | 110,000 | Lone Star |
| 130 | 2016 | Kenworth | T880 | 1XKZD49X1GJ118568 | 130,000 | 110,000 | Lone Star |
| 131 | 2016 | Kenworth | T880 | 1XKZD49X3GJ118569 | 130,000 | 110,000 | Lone Star |
| 132 | 2016 | Kenworth | T880 | 1XKZD49XXGJ118570 | 130,000 | 110,000 | Lone Star |
| 128T | 2015 | Troxell | 220 BBL | 1T9TA442XFR719123 | 60,000 | 80,000 | Lone Star |
| 130T | 2016 | Troxell | 220 BBL | 1T9TA4429GR719146 | 60,000 | 85,000 | Lone Star |
| 131T | 2016 | Troxell | 220 BBL | 1T9TA4420GR719147 | 60,000 | 85,000 | Lone Star |
| 132T | 2016 | Troxell | 220 BBL | 1T9TA4424GR719149 | 60,000 | 85,000 | Lone Star |
| 119 | 2016 | Kenworth | T800 | 1XKDP4EX1GJ125527 | 159,321 | 130,000 | Paccar |
| 120 | 2016 | Kenworth | T800 | 1XKDP4EX3GJ125528 | 159,321 | 130,000 | Paccar |
| 121 | 2016 | Kenworth | T800 | 1XKDD40XXGJ125526 | 146,425 | 113,000 | Paccar |
| 124 | 2016 | Kenworth | T800 | 1XKDD40X4GJ125524 | 146,425 | 113,000 | Paccar |

6658328v1

S S HEAVY HAUL LLC
SCHEDULE B - 47
TRUCKS AND TRAILERS

| Internal ID | Year | Make | Model | VIN | Purchase Value | Market Value | | Creditor |
|---|---|---|---|---|---|---|---|---|
| 125 | 2016 | Kenworth | T800 | 1XKDD40X4GJ125523 | 146,425 | 113,000 | Paccar | |
| 126 | 2016 | Kenworth | T800 | 1XKDD40X2GJ125522 | 146,425 | 113,000 | Paccar | |
| | | | | Estimated market value | | **5,042,000** | | |
| | | | | Appraised liquidation value | | **2,962,500** | | |

**Fill in this information to identify the case:**

Debtor name    S & S Heavy Haul, LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 18, 2018     X _____

           Signature of individual signing on behalf of debtor

           Benjamin Freeman
           Printed name

           Manager
           Position or relationship to debtor