| Fill in this information to identify the case: | |
|---|---|
| Debtor name | S & S Heavy Haul, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRIBUTION OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy            04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | From the beginning of the fiscal year to filing date:<br>From 1/01/2018 to Filing Date | ■ Operating a business<br>☐ Other | $4,054,300.00 |
    | For prior year:<br>From 1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other | $11,542,057.00 |
    | For year before that:<br>From 1/01/2016 to 12/31/2016 | ■ Operating a business<br>☐ Other | $8,164,144.00 |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☐ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|
    | For year before that:<br>From 1/01/2016 to 12/31/2016 | Interest Income | $58.12 |

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
    |---|---|---|---|

| Debtor | S & S Heavy Haul, LLC | Case number *(if known)* | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. See Attachment 3 | | | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. See Attachment 4 | | | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. COS, LLC dba Castle Oilfield Services v. S&S Heavy Haul Corporation dba S&S Heavy Haul<br>Case No. 53-2017-CV-01437 | Collection | District Court of Williams County<br>North Dakota<br>205 E. Broadway<br>Williston, ND 58801 | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor   S & S Heavy Haul, LLC   Case number *(if known)* _____

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.2. | Federal Railroad Administration v. S & S Heavy Haul, LLC<br>ZSHV 2017-1(HMT) and ZSHV 2017-2(HMT) | FRA Violations | Federal Railroad Administration<br>United States Dept. of Transportation<br>1200 New Jersey Avenue, S.E.<br>W33-417<br>Washington, DC 20590 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☐ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
    |---|---|---|---|
    | A motor vehicle accident damaged a tractor and trailer.<br>The Debtor has submitted an insurance claim to Great West Casualty Company. | N/A | 06/17 | $109,749.72 |
    | Fuel stolen by former employee | N/A | 01/01/17 - 05/20/18 | $3,216.82 |

## Part 6: Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|

Debtor: **S & S Heavy Haul, LLC**                           Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002 | $30,000 flat fee for preparing and filing this Chapter 7 bankruptcy case and the related cases of HF Holdco, LLC and HudsonField Administration, LLC. | 05/22/18 - $6,000 from HF Holdco, LLC<br>05/23/18 - $24,000 from the Debtor | $30,000.00 |

**Email or website address**
porterhedges.com

**Who made the payment, if not debtor?**
The Debtor and HF Holdco, LLC

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 3600 E. Hyrum Drive<br>Idaho Falls, ID 83401-1710 | Unknown |
| 14.2. | 8 Glenwood Avenue<br>Luverne, AL 36049 | 2016 - 02/18 |

**Part 8:   Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor   S & S Heavy Haul, LLC                                    Case number *(if known)*_____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

### Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

### Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the

Debtor   S & S Heavy Haul, LLC                           Case number *(if known)*

medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ☐ No.
    ■ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|
    | N/A | Federal Railroad Administration<br>Attn: Brian Roberts<br>1200 New Jersey Avenue, S.E.<br>W33-417<br>Washington, DC 20590 | FRA Violations  - ZSHV 2017-1(HMT) and ZSHV 2017-2(HMT) | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

    | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
    |---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

    | Name and address | | Date of service<br>From-To |
    |---|---|---|
    | 26a.1. | Brittany Day<br>8108 NW 31st Street<br>Bethany, OK 73008 | 03/16/18 - Present |

| Debtor | S & S Heavy Haul, LLC | Case number *(if known)* | |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.2.  Jennifer Armstrong<br>406 Montezuma Street<br>Andalusia, AL 36421 | 0807/17 - 03/16/18 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  Marcus E. Garett, CPA<br>J F Shirley, Inc.<br>1223 South Brundidge Street<br>Troy, AL 36081 | 10/19/16 - Present |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  Trevor E. Bates<br>7292 Culebra Rio Circle<br>Idaho Falls, ID 83401 | 00/12 - 03/17 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  Marcus E. Garett, CPA<br>J F Shirley, Inc.<br>1223 South Brundidge Street<br>Troy, AL 36081 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

    | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
    |---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| HudsonField Transportation LLC | 700 Louisiana Street, Suite 3950<br>Houston, TX 77002 | Manager and Member | 49.8% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Tim Anderson | 9th Street Group, LLC<br>1941 Johns Drive<br>Glenview, IL 60025 | Member | 7% |

| Debtor | S & S Heavy Haul, LLC | Case number *(if known)* | |
|---|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Benjamin Freeman | 25 Broadway, 9th Floor<br>New York, NY 10004 | Chief Restructuring Officer<br>Manager | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| SSHH Holdings Corporation | 1689 Glenwood Road<br>Luverne, AL 36049 | Member | 43.2% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steven D. Sill | 3600 E. Hyrum<br>Idaho Falls, ID 83401 | Manager | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Trevor E. Bates | 7292 Culebra Rio Circle<br>Idaho Falls, ID 83401 | Manager | N/A |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Dustin Marchand | 1689 Glenwood Road<br>Luverne, AL 36049 | Manager | N/A |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Trevor E. Bates | 7292 Culebra Rio Circle<br>Idaho Falls, ID 83401 | President | Unknown - March, 2018 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Dustin Marchand | 1689 Glenwood Road<br>Luverne, AL 36049 | Chief Executive Officer | Chief Executive Officer<br>Unknown - November, 2017 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Steven D. Sill | 3600 E. Hyrum<br>Idaho Falls, ID 83401 | President | Unknown - November 2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor: S & S Heavy Haul, LLC                    Case number (if known)

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See Statement of Financial Affairs 4 | | | |
| | **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   June 18, 2018

/s/ Benjamin Freeman                          Benjamin Freeman
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Payments During 90 Days > 6425**
**SSHH**
**04/30/18**

| Name | CY 2018 | Secured Debt | Unsecured Debt | Suppliers/ Vendors | Services | Other | Description | Pymt Dates |
|---|---|---|---|---|---|---|---|---|
| Wex Inc | 289,982.15 | | | 289,982.15 | | | Fuel | Monday - Friday (Feb 1st - Apr 30) |
| BD Haulin | 189,374.10 | | | | 189,374.10 | | IC Subcontractor | 02.02, 02.16, 02.21, 03.02, 03.16, 03.30, 04.13, 04.27 |
| Tab Bank | 81,988.85 | | | 22,575.48 | | 59,413.37 | Redirected customer payments | 03.02.18 |
| Metrix Capital Group, LLC | 79,375.01 | 79,375.01 | | | | | Financing Charges | 03.01, 03.12, 03.20, 04.03, 04.17, 04.23 |
| All Time Freight | 73,770.20 | | | | 73,770.20 | | IC Subcontractor | 02.02, 02.16, 02.21, 03.02, 03.16, 03.30, 04.13, 04.27 |
| River Rail Develoopment, LLC | 71,400.00 | | | | | 71,400.00 | Rent | 02.06, 03.20, 03.21, 04.13 |
| United Superior Logistics | 62,518.59 | | | | 62,518.59 | | IC Subcontractor | 02.02, 02.16, 02.21, 03.02, 03.16, 03.30, 04.13, 04.27 |
| Wingspan LLC | 57,732.81 | | | | 57,732.81 | | IC Subcontractor | 02.02, 02.16, 02.21, 03.02, 03.16, 03.30, 04.13, 04.27 |
| Koenig Transport | 54,644.19 | | | | 54,644.19 | | IC Subcontractor | 02.02, 02.16, 02.21, 03.02, 03.16, 03.30, 04.13, 04.27 |
| Hub International | 35,263.13 | | | | | 35,263.13 | Insurance | 02.06, 03.09, 03.12, 04.20, 04.24 |
| Kohrt Transportation | 34,153.85 | | | | 34,153.85 | | IC Subcontractor | 02.02, 02.16, 02.21, 03.02, 03.16, 03.30, 04.13, 04.27 |
| BankDirect Capital Finance | 33,807.23 | 33,807.23 | | | | | Insurance | 02.09, 03.09, 04.16 |
| JLC Trucking | 33,247.58 | | | | 33,247.58 | | IC Subcontractor | 02.02, 02.16, 02.21, 03.02, 03.16, 03.30, 04.13, 04.27 |
| William B Ketchum | 27,955.55 | | | | 27,955.55 | | IC Subcontractor | 02.02, 02.16, 02.21, 03.02, 03.16, 03.30, 04.13, 04.27 |
| Timothy J. Pileggi | 21,856.16 | | | | 20,000.00 | 1,856.16 | Expense Reimbursements | 03.08, 03.23, 03.30, 04.06, 04.13 |
| Trail Enterprises | 19,500.00 | | | | | 19,500.00 | Rent | 02.06, 03.19, 04.13 |
| Lone Star Crude | 17,957.82 | 17,957.82 | | | | | Lease payments | 03.09.18 |
| Kenworth Sales | 16,562.00 | 16,562.00 | | | | | Lease payments | 02.22.18 |
| Ohio Bureau of Worker's Comp | 16,384.00 | | | | | 16,384.00 | Workers Compensation | 03.12.18 |
| MHC Kenworth - Oklahome City | 16,228.53 | | | 16,228.53 | | | Repairs and Maintenance | 02.01, 03.09, 03.30, 04.23 |
| Key Equipment Finance | 11,992.88 | 11,992.88 | | | | | Loan - Key equipment | 02.23.18 |
| Fleetpride Truck & Trailer Parts | 11,239.35 | | | 11,239.35 | | | Equipment Supplies | 04.04, 04.09, 04.23 |
| Steubenville Truck Center | 10,441.91 | | | 10,441.91 | | | Repairs and Maintenance | 03.05, 03.09, 04.23 |
| Rush Truck Center | 10,085.00 | | | 10,085.00 | | | Shop Supplies and Maintenance | 02.26, 03.05, 03.09, 03.20, 03.23, 04.02, 04.10, 04.13, 04.23 |
| T&W Tire | 10,000.00 | | | 10,000.00 | | | Tires | 02.26, 03.19, 03.23, 04.09, 04.23 |
| Truck Enterprises, INC. | 10,000.00 | | | 10,000.00 | | | Shop Supplies and Maintenance | 02.28.18 |
| Montash Logistics Inc. | 9,299.85 | | | 9,299.85 | | | IC Subcontractor | 02.02, 02.21 |
| Daimler Truck Financial | 8,525.46 | 8,525.46 | | | | | Loan | 02.06, 02.22. 04.04 |
| Pedal Down Trucking | 8,346.33 | | | | 8,346.33 | | IC Subcontractor | 02.02, 02.16, 02.21, 03.02, 03.16, 03.30, 04.13, 04.27 |
| Porter Hedges LLP | 8,000.00 | | | | 8,000.00 | | Legal expenses | 02.21.18 |
| TanMar | 7,500.00 | | | | | 7,500.00 | Rent | 03.05, 03.09, 03.19, 03.23, 04.02, 04.10, 04.23 |
| Bulk Carriers Service, Inc. | 7,443.92 | | | 7,443.92 | | | Repairs and Maintenance | 02.16, 03.05, 03.26, 04.09 |
| P.H. Delivery Service | 6,468.58 | - | - | - | 6,468.58 | - | IC Subcontractor | 03.30, 04.13, 04.27 |
| Totals | 1,353,045.03 | 168,220.40 | - | 374,720.71 | 598,787.26 | 211,316.66 | | |

PAYMENTS TO INSIDERS  
S S HEAVY HAUL, LLC  
STATEMENT OF FINANCIAL AFFAIRS NO. 4

Ben Freeman - Chief Restructuring Officer

| Date | Payee | Category | Total Payments | Restructuring Services | Exp Reimbursement |
|---|---|---|---|---|---|
| 02/16/2018 | Ben Freeman LLC | Accounts Payable | -4,807.69 | -4,807.69 | |
| 02/23/2018 | Ben Freeman LLC | Accounts Payable | -5,211.85 | -4,807.69 | -404.16 |
| 03/02/2018 | Ben Freeman LLC | Accounts Payable | -4,807.69 | -4,807.69 | |
| 03/09/2018 | Ben Freeman LLC | Accounts Payable | -6,192.91 | -4,807.69 | -1,385.22 |
| 03/16/2018 | Ben Freeman LLC | Accounts Payable | -4,807.69 | -4,807.69 | |
| 03/16/2018 | Ben Freeman LLC | Accounts Payable | -9,829.72 | | -9,829.72 |
| 03/19/2018 | Ben Freeman LLC | Professional Fees | -3,713.54 | -3,713.54 | |
| 03/23/2018 | Ben Freeman LLC | Accounts Payable | -5,469.05 | -4,807.69 | |
| 03/30/2018 | Ben Freeman LLC | Accounts Payable | -11,711.20 | -4,807.69 | -6,903.51 |
| 04/06/2018 | Ben Freeman LLC | Accounts Payable | -9,912.98 | -4,807.69 | -5,105.29 |
| 04/13/2018 | Ben Freeman LLC | Accounts Payable | -8,350.23 | -4,807.69 | -3,542.54 |
| 04/27/2018 | Ben Freeman LLC | Accounts Payable | -7,637.34 | -4,807.69 | -2,829.65 |
| 05/11/2018 | Ben Freeman LLC | Accounts Payable | -5,912.09 | -4,807.69 | -1,104.40 |
| | | | -88,363.98 | -56,598.13 | -31,765.85 |

PAYMENTS TO INSIDERS

S S HEAVY HAUL, LLC

STATEMENT OF FINANCIAL AFFAIRS NO. 4

Former President

| Date | Payee | Description | Total Payments | Loans | Exp Reimbursement | Salary |
|---|---|---|---|---|---|---|
| 07/27/2017 | Sill, Steven D | Loan - Steve Sill | -30,000.00 | -30,000.00 | | |
| 08/08/2017 | Steve Sill | Loan - Steve Sill | -10,000.00 | -10,000.00 | | |
| 08/17/2017 | Steve Sill | Loan - Steve Sill | -10,000.00 | -10,000.00 | | |
| 08/21/2017 WIRE | Steve Sill | Loan - Steve Sill | -10,000.00 | -10,000.00 | | |
| 08/25/2017 | Steve Sill | Loan - Steve Sill | -10,000.00 | -10,000.00 | | |
| 09/08/2017 | Sill, Steven D 001 | Repairs & Maintenance | -400.00 | | -400.00 | |
| 09/18/2017 | Sill, Steven D 001 | Repairs & Maintenance | -1,000.00 | | -1,000.00 | |
| 09/27/2017 | Sill, Steven D 001 | Loan - Steve Sill | -30,000.00 | -30,000.00 | | |
| 10/23/2017 | Steve Sill | Repairs & Maintenance | -1,500.00 | | -1,500.00 | |
| 11/16/2017 | Steve Sill | Loan - Steve Sill | -4,816.00 | -4,816.00 | | |
| 03/14/2018 Wire | Steve Sill  AMEX Reimbursement | Loan - Steve Sill | -5,000.00 | -5,000.00 | | |
| 03/23/2018 | Steve Sill | Suspense | -5,000.00 | -5,000.00 | | |
| 04/13/2018 010130 | Steve Sill | Loan - Steve Sill | -10,000.00 | -10,000.00 | | |
| 6/1/2017-12/5/2017 | Steve Sill | Salary | -52,235.72 | | | -52,235.72 |
| | | | -179,951.72 | -124,816.00 | -2,900.00 | -52,235.72 |

PAYMENTS TO INSIDERS

S S HEAVY HAUL, LLC

STATEMENT OF FINANCIAL AFFAIRS NO. 4

Former CEO

| Date | Check # | Payee | Memo | Category | Total Payments | Salary | Loans | Exp Reim |
|---|---|---|---|---|---|---|---|---|
| 06/02/2017 | | Marchand, Dustin T | | Travel Allowance | -2,150.00 | | | -2,150.00 |
| 06/06/2017 | 1714 | Dustin Marchand | | Manager Wages | -3,500.00 | -3,500.00 | | |
| 07/05/2017 | 1324 | Marchand, Dustin T | Travel Expense | Travel Expense | -2,000.00 | | | -2,000.00 |
| 07/27/2017 | 1856 | Dustin Marchand | | Tolls & Parking | -427.00 | | | -427.00 |
| 08/08/2017 | 1414 | Dustin Marchand | | Employee Advances | -2,316.40 | | -2,316.40 | |
| 08/25/2017 | | Marchand, Dustin T | | Loan - Dustin Marchand | -10,000.00 | | -10,000.00 | |
| 09/26/2017 | | Marchand, Dustin T | Pre Paid Funding | Repairs & Maintenance | -500.00 | | | -500.00 |
| 10/04/2017 | | Marchand, Dustin T | Pre Paid Card | Travel Expense | -1,500.00 | | | -1,500.00 |
| 10/06/2017 | | Marchand, Dustin T | | Repairs & Maintenance | -1,000.00 | | | -1,000.00 |
| 10/17/2017 | 1471 | Marchand, Dustin T | | -SPLIT- | -1,107.55 | | | -1,107.55 |
| 10/24/2017 | | Marchand, Dustin T | | Repairs & Maintenance | -1,100.00 | | | -1,100.00 |
| 11/10/2017 | | Marchand, Dustin T | | Repairs & Maintenance | -500.00 | | | -500.00 |
| 11/22/2017 | 1984 | Marchand, Dustin T | | Travel Expense | -281.60 | | | -281.60 |
| 11/29/2017 | | Dustin Marchand | Apply to Loan Company owes Dustin Marchand per DM | Loan - Dustin Marchand | -5,000.00 | | -5,000.00 | |
| | | | | | -31,382.55 | -3,500.00 | -17,316.40 | -10,566.15 |

PAYMENTS TO INSIDERS

S S HEAVY HAUL, LLC

STATEMENT OF FINANCIAL AFFAIRS NO. 4

Former President

| Date | Payee | Description | Type | Total Payments | Loans | Salary |
|---|---|---|---|---|---|---|
| 08/07/2017 | Trevor Bates | Business to Business ACH AG Adjustments | Loan - Trevor Bates | -4,000.00 | -4,000.00 | |
| 08/08/2017 | Trevor Bates | | Loan - Trevor Bates 2 | -15,620.10 | -15,620.10 | |
| 08/17/2017 | Trevor Bates | Treaver Bates | Loan - Trevor Bates | -3,600.00 | -3,600.00 | |
| 08/23/2017 | Trevor Bates | | -SPLIT- | -15,600.00 | -15,600.00 | |
| 08/25/2017 | Trevor Bates | | Loan - Trevor Bates | -3,619.92 | -3,619.92 | |
| 10/05/2017 | Trevor Bates | | Loan - Trevor Bates | -4,800.00 | -4,800.00 | |
| 10/20/2017 | Trevor Bates | Trevor Bates ~ Trailers | Loan - Trevor Bates | -16,303.27 | -16,303.27 | |
| 11/06/2017 | Trevor Bates | | IC Subcontractor | -3,357.61 | | -3,357.61 |
| 12/05/2017 | Trevor Bates | | Loan - Trevor Bates | -3,500.00 | -3,500.00 | |
| 01/11/2018 | Trevor Bates - Trailer | | Loan - Trevor Bates | -3,357.61 | -3,357.61 | |
| | | | | -73,758.51 | -70,400.90 | -3,357.61 |