

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| In Re: | S & S Heavy Haul, LLC | Case No.: 18–33318 |
| | Debtor | Chapter: 7 |

ENTERED
06/19/2018

### NOTICE AND ORDER REGARDING MOTIONS TO LIFT STAY

The Attorney who signs a Motion to Lift Stay must personally appear in Court at all hearings relating to the motion unless an agreed order has been filed with the Clerk of Court at least two (2) business days prior to the scheduled hearing. The attorney who signs the motion may not send another attorney in lieu of appearing personally. Sanctions may be imposed for failure to personally appear.

It is so ORDERED.

Signed and Entered on Docket: 6/19/18

_____
JEFF BOHM
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Texas

In re:  
S & S Heavy Haul, LLC  
    Debtor

Case No. 18-33318-jb  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0541-4     User: admin     Page 1 of 1     Date Rcvd: Jun 19, 2018  
                       Form ID: mlsoB     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2018.  
db         +S & S Heavy Haul, LLC,   1400 Trail Road,   El Reno, OK 73036-6324

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2018 at the address(es) listed below:  
        Eric Michael English    on behalf of Debtor    S & S Heavy Haul, LLC eenglish@porterhedges.com,  
         emoreland@porterhedges.com;ksteverson@porterhedges.com  
        Randy W Williams    williarw@tklaw.com,  
         rw13@trustesolutions.com;nashira.parker@tklaw.com;rw13@trustesolutions.net;rw11@trustesolutions.net;rww.trustee1@gmail.com;mattia.maldanado@tklaw.com  
        US Trustee    USTPRegion07.HU.ECF@USDOJ.GOV  
                                                                                                                                TOTAL: 3