**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| S & S HEAVY HAUL, LLC, | § | Case No. 18-33318 |
| | § | |
| Debtor. | § | **HEARING SET:** |
| | § | **JULY 24, 2018 at 10:00 a.m.**[1] |

**MOTION OF GREAT WEST CASUALTY COMPANY AND HUB INTERNATIONAL TRANSPORTATION INSURANCES SERVICES, INC. FOR RELIEF FROM § 362 AUTOMATIC STAY TO TERMINATE CERTAIN INSURANCE POLICIES**

---

**THIS IS A MOTION FOR RELIEF FROM THE AUTOMATIC STAY. IF IT IS GRANTED, THE MOVANT MAY ACT OUTSIDE OF THE BANKRUPTCY PROCESS. IF YOU DO NOT WANT THE STAY LIFTED, IMMEDIATELY CONTACT THE MOVING PARTY TO SETTLE. IF YOU CANNOT SETTLE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY AT LEAST 7 DAYS BEFORE THE HEARING. IF YOU CANNOT SETTLE, YOU MUST ATTEND THE HEARING. EVIDENCE MAY BE OFFERED AT THE HEARING AND THE COURT MAY RULE.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**THERE WILL BE A HEARING ON THIS MATTER ON <u>TUESDAY, JULY 24, 2018 AT 10:00 A.M.</u> IN COURTROOM 600, 515 RUSK STREET, 6TH FLOOR, HOUSTON, TEXAS.**[2]

---

TO THE HONORABLE JEFF BOHM, U.S. BANKRUPTCY JUDGE:

Great West Casualty Company ("GWCC") and HUB International Transportation Insurances Services, Inc. ("HUB," and together with GWCC, the "Movants"), creditors and/or parties in interest, file this *Motion of Great West Casualty Company and HUB International Transportation Insurances Services, Inc. for Relief from §362 Automatic Stay to Terminate*

---

[1] Please see Paragraph Nos. 1-2 below of this Motion to Lift Stay regarding potential expedited and/or emergency consideration.

*Certain Insurance Policies* (the "Motion to Lift Stay") and in support thereof would show the Court the following.

## PRELIMINARY STATEMENT REGARDING
## EMERGENCY AND/OR EXPEDITED RELIEF

1.     *GWCC and Hub anticipate seeking emergency and/or expedited consideration of the relief sought in this Motion to Lift Stay.*

2.     GWCC and Hub communicated with the Chapter 7 Trustee and his newly retained counsel on July 6, 2018 regarding potential hearing dates and expect such discussions to continue on July 9, 2018 at which point a motion seeking emergency and/or expedited consideration likely is to be filed.

## JURISDICTION, VENUE, FINAL ORDER AUTHORITY

3.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334 and 11 U.S.C. §362.

4.     Venue is proper in this court.

5.     This Court may enter a final order as to this core proceeding and contested matter.

## FACTUAL BACKGROUND

6.     On June 18, 2018 (the "Petition Date"), S & S Heavy Haul, LLC ("S&S" or the "Debtor") filed a voluntary petition under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §101 et seq. (the "Code").

7.     Randy Williams is the Chapter 7 Trustee (the "Trustee") appointed in this case pending the Code § 341 meeting of creditors.  (As of the filing of this Motion to Lift Stay, no date and time appears to be set for the Code § 341 meeting of creditors.)

---

[2] Please see Footnote No. 1, *supra.*

8.      S&S was an operator of trucks, heavy machinery, and/or other rolling stock at multiple locations across the United States, including Texas, North Dakota, Utah, and Oklahoma.[3]

9.      On information and/or belief, the equipment of S&S at this time remains in various locations, known and unknown, inside and even outside of the facilities of S&S, including approximately 45 semis and 36 tractors.

10.      On information and/or belief, trucks and trailers were left scattered across the United States at unknown locations mid-trip when S&S ceased operations.

11.      For a number of years prior to the Petition Date, S&S had contracted with the Movants on an annual basis to provide various insurance coverages to the Debtors, including commercial auto coverage-auto carrier, commercial inland marine coverage-cargo coverage, and commercial general liability coverage.   Under these arrangements, GWCC provided the insurance policies to S&S as the insurer, and HUB acted as an intermediary between GWCC and S&S.

12.      Under the typical policy including the policies at issue in this Motion to Lift Stay, HUB billed S&S for the premiums due under the policies, and S&S would remit and was obligated to make premium payments to HUB.

13.      On or about June 1, 2018 and effective as set forth in the policy documents (the "2018 Policy Date"), S&S entered into a new set of insurance policies with Movants as indicated by the declaration page(s) attached hereto as **Exhibit 1** and incorporated by reference herein. Like the policies provided in the previous years, the 2018 Policies included coverage, *inter alia,*

---

[3] *See* http://www.ssheavyhaul.com/about-us/

for commercial auto coverage-auto carrier, commercial inland marine coverage-cargo coverage, and commercial general liability coverage.  (*See* Exhibit 1.)

14.     S&S (and subsequently the estate) has defaulted in the payment of the premiums to HUB for the 2018 Policies.

15.     According to the records of GWCC and HUB, S&S made no payments for the 2018 Policies.

16.     To date, the Trustee has not agreed to the termination of the 2018 Polices.[4]

## <u>RELIEF REQUESTED</u>

17.     GWCC respectfully requests that the Court lift, annul, and terminate the automatic stay of Code § 362(a) so that GWCC and HUB immediately may take any and all actions permitted under the 2018 Polices and/or applicable law to cancel and terminate the 2018 Policies effective upon the 2018 Policy Date or as otherwise may be permitted under applicable law.

18.     GWCC and HUB respectfully request that the Court terminate the 14-day of Bankruptcy Rule 4001(a)(3) and provide that relief from the Code § 362(a) stay is immediately effective.

19.     A proposed order is submitted with this Motion to Lift Stay and is incorporated by reference herein.

## <u>BASIS OF RELIEF</u>

20.     Pursuant to Code § 362(d)(1), cause exists to immediately terminate the Code § 362(a) automatic stay.

---

[4] Upon instructions of the Trustee, GWCC has terminated a separate workers compensation policy regarding S&S.

21.     First, for example, S&S defaulted in the payment of the premiums necessary to continue the 2018 Policies.  No payments were made by S&S for the 2018 Policies.

22.     Under Chapter 551 of the Texas Insurance Code, GWCC and/or HUB are entitled to cancel the 2018 Polices on account of the nonpayment of premiums.

23.     The effective date of the cancellation should be determined to be effective as of the 2018 Policy Date or as otherwise provided under applicable law because of the lack of any premiums paid by S&S toward the 2018 Policies.

24.     Second, for example, the cessation of the business of S&S upon the commencement of this Chapter 7 case, including the uncertain condition and locations of the equipment of S&S, provides an entirely different set of risks than when GWCC originally underwrote the 2018 Policies.  The instant circumstances go far beyond any conditions contemplated with respect to the 2018 Policies.

25.     Pursuant to Code § 362(d)(2), cause also exists to immediately terminate the Code § 362(a) automatic stay.  No reorganization is possible or anticipated from the instant Chapter 7 case and/or this estate.

26.     Additional grounds for relief may be provided by amended and/or supplemental motion and/or briefing prior to the hearing, or otherwise at the hearing, regarding this Motion to Lift Stay.

## <u>RESERVATION OF RIGHTS</u>

27.     Movants reserve the right to amend and/or supplement this pleading prior to any hearing on this Motion to Lift Stay.

## NOTICE OF MOTION

28.     Notice of the Motion has been provided in accordance with Fed. R. Bankr. P.

4001(a)(1) and LBR 4001-1(a)(d).  No third parties are known to hold an interest in the Listed

Insurance Policies and/or Applicable Policies.[5]

## PRELIMINARY DESIGNATION OF WITNESSES AND EXHIBITS

29.     GWCC designates following items as potential exhibits for any hearing regarding

the Motion to Lift Stay.

       (a)     The exhibits attached to this Motion.

       (b)     Any item on file on the docket of this instant Chapter 7 case and/or
             any related adversary proceeding.

30.     GWCC designates the following persons as potential witnesses at any hearing

regarding the Motion to Lift Stay.

       (a)     One or more representatives of GWCC.

       (b)     One or more representatives of HUB.

       (c)     Randy Williams.

       (d)     One or more representatives of S&S, including Benjamin
             Freeman.

       (e)     Eric English.

## CONCLUSION AND PRAYER

WHEREFORE, Great West Casualty Company and HUB International Transportation

Insurances Services, Inc., each a creditor and/or party in interest, respectfully request that the

Court lift, annul, and terminate the automatic stay of 11 U.S.C. §362(a) so that GWCC and HUB

immediately may take any and all actions permitted under the 2018 Polices and/or applicable law

to cancel and terminate the 2018 Policies effective upon the 2018 Policy Date or as otherwise

may be permitted under applicable law.  Movants respectfully requests such other and further

relief to which Movants are entitled at law or in equity.

Dated:  July 7, 2018                    Respectfully submitted:

                                        WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

                                        By:____/s/ Jeff Carruth_____
                                            JEFF CARRUTH
                                            State Bar No. 24001846
                                            3030 Matlock Rd., Suite 201
                                            Arlington, Texas 76015
                                            Phone: (713) 341-1158
                                            Facsimile: (866) 666-5322
                                            jcarruth@wkpz.com

                                        ATTORNEYS FOR
                                        GREAT WEST CASUALTY COMPANY AND
                                        HUB INTERNATIONAL TRANSPORTATION
                                        INSURANCES SERVICES, INC.

### CERTIFICATE OF CONFERENCE

       The undersigned communicated with Randy Williams on July 6, 2018.  As of the filing of
this motion, the motion is opposed.  Mr. Williams has just retained counsel, and further
communications are anticipated on July 9, 2018 and if necessary thereafter.

                                        _____/s/ Jeff Carruth_____
                                             Jeff Carruth

### CERTIFICATE OF SERVICE

       A true and correct copy of the foregoing item on July 5, 2017 was served (i) by ECF
notice to all registered users who have appeared in this case to date and which are listed below
and (ii) by regular mail to the following persons in the address list shown below.  *The exhibits
and service lists were omitted from the service of the motion by regular mail; which items may
be obtained by contacting the undersigned.*

                                        _____/s/ Jeff Carruth_____
                                             Jeff Carruth

---

[5] Schedule D (Docket No. 21) reports no secured creditors.

## MAIL SERVICE LIST

| | |
|---|---|
| **Debtor** | S & S Heavy Haul, LLC<br>1400 Trail Road<br>El Reno, OK 73036 |
| **Debtor's Counsel** | Eric Michael English<br>Porter Hedges LLP<br>1000 Main Street<br>36th Floor<br>Houston, TX 77002 |
| **Chapter 7 Trustee** | Randy W Williams<br>Thompson & Knight LLP<br>811 Main St.<br>Suite 2500<br>Houston, TX 77002<br><br>*Additional service by direct email to:*<br>*Randy.Williams@tklaw.com* |
| **Anticipated Counsel for Chapter 7 Trustee** | Elizabeth Freeman<br>1401 McKinney St., Suite 1900<br>Houston, Texas 77010<br><br>*Additional service by direct email to:*<br>*efreeman@jw.com* |
| **US Trustee** | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave, Ste 3516<br>Houston, TX 77002 |
| **Notice of Appearance Party** | Leslie M. Luttrell<br>Luttrell + Carmody Law Group<br>100 NE Loop 410 Ste. 615<br>San Antonio, TX 78216 |
| **Notice of Appearance Party** | Weldon Leslie Moore, III<br>Sussman & Moore, LLP<br>4645 N. Central Expwy Ste 300<br>Dallas, TX 75205 |

# ECF SERVICE LIST

**18-33318** S & S Heavy Haul, LLC
**Case type:** bk **Chapter:** 7 **Asset:** No **Vol:** v **Judge:** Jeff Bohm
**Date filed:** 06/18/2018 **Date of last filing:** 07/05/2018

Attorneys

**Eric Michael English**
Porter Hedges LLP
1000 Main Street
36th Floor
Houston, TX 77002
713-226-6612
713-226-6212 (fax)
eenglish@porterhedges.com
*Assigned: 06/18/2018*

representing

**S & S Heavy Haul, LLC**
1400 Trail Road
El Reno, OK 73036
*(Debtor)*

**Leslie M. Luttrell**
Luttrell + Carmody Law
Group
100 NE Loop 410
Ste. 615
San Antonio, TX 78216
210-426-3600
210-426-3610 (fax)
luttrell@lclawgroup.net
*Assigned: 07/05/2018*

representing

**Key Equipment Finance, a division of KeyBank National Association**
c/o Leslie M. Luttrell
Luttrell + Carmody Law Group
100 NE Loop 410
Ste. 615
San Antonio, TX 78216
United States
2104263600
2104263610 (fax)
luttrell@lclawgroup.net
*(Creditor)*

**Weldon Leslie Moore, III**
Sussman & Moore, LLP
4645 N. Central Expressway
Ste 300
Dallas, TX 75205
214-378-8270
214-378-8290 (fax)
wmoore@csmlaw.net
*Assigned: 06/26/2018*

representing

**Lone Star Crude, LLC**
c/o Weldon Moore, III
Sussman & Moore, LLP
4645 N. Central Expressway, Ste. 300
Dallas, TX 75205
wmoore@csmlaw.net
*(Creditor)*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| S & S HEAVY HAUL, LLC , | § | |
| Debtor. | § | Case No. 18-33318 |
| | § | |

**ORDER GRANTING MOTION OF GREAT WEST CASUALTY COMPANY AND HUB INTERNATIONAL TRANSPORTATION INSURANCES SERVICES, INC. FOR RELIEF FROM § 362 AUTOMATIC STAY TO TERMINATE CERTAIN INSURANCE POLICIES (RE: DOCKET NO. __)**

On this date the Court considered the *Motion of Great West Casualty Company and HUB International Transportation Insurances Services, Inc. for Relief from §362 Automatic Stay to Terminate Certain Insurance Policies* (Docket No. __) (the "Motion to Lift Stay") which was filed herein by Great West Casualty Company ("GWCC") and HUB International Transportation Insurances Services, Inc. ("HUB") on July 7, 2018. The Motion to Lift Stay contained the necessary notices and, according to the certificate of service therein, was served upon all parties entitled to notice. Based upon the record before the Court, the Court finds and concludes that cause exists under 11 U.S.C. §362(d)(1) and (2) to immediately terminate the automatic stay as set forth herein.

**IT IS THEREFORE ORDERED THAT:**

1.      The Motion to Lift Stay is granted as set forth herein.

2.      Capitalized terms not defined herein shall have the same meaning as ascribed to such terms in the Motion.

3.      The automatic stay of 11 U.S.C. §362(a) is hereby lifted, annulled, and terminated so that GWCC and HUB immediately may take any and all actions permitted under the 2018 Polices and/or applicable law to cancel and terminate the 2018 Policies effective upon the 2018 Policy Date or as otherwise may be permitted under applicable law.

4.      The 14-day of Bankruptcy Rule 4001(a)(3) is terminated, and the relief provided in this order is immediately effective.

DATED:_____

_____
THE HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

EXHIBIT 1

**POLICY NUMBER:** MCP10641E

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PREMIUM DETERMINATION –REPORTING BASIS

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE FORM
COMMERCIAL INLAND MARINE COVERAGE PART

The provisions of the Coverage Form apply unless modified by this endorsement.

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Named Insured | Endorsement Effective |
|---|---|
| S & S HEAVY HAUL LLC | JUNE   1 2018 |
| | Endorsement Number |
| GREAT WEST CASUALTY COMPANY | |

HUB INTERNATIONAL TRANS INS SERVS INC

The premiums we are charging you for coverages shown below are calculated monthly as follows:

| Premium Basis | Rating Basis | Rate |
|---|---|---|
| | Confidential / protected pricing information redacted | |

Special Provisions, if any:

GU 49 20 12 17

GU 49 20 12 17

Confidential / protected pricing information redacted

EXHIBIT 1

EXHIBIT 1

# GREAT WEST CASUALTY COMPANY
A Stock Company
1100 West 29th Street, South Sioux City, NE 68776

## COMMERCIAL LINES POLICY
## COMMON POLICY DECLARATIONS

Renewal of Number:   MCP106410

**POLICY NUMBER:** MCP106410E

Named Insured and Address:
S & S HEAVY HAUL LLC
1601 MIDWAY DR
AMMON ID 83406

Policy Period: From   JUNE   1   2018   to JUNE   1   2019   at 12:01 A.M. Standard Time
at your address shown above.

Business Description:   TRUCKER – LLC

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE
AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| | **PREMIUM** |
|---|---|
| COMMERCIAL  AUTO COVERAGE – MOTOR CARRIER | Confidential / |
| COMMERCIAL  INLAND MARINE COVERAGE – CARGO COVERAGE | protected |
| COMMERCIAL  GENERAL LIABILITY COVERAGE | pricing |
| | information |
| | redacted |

Confidential / protected pricing information redacted

Forms and endorsements made a part of this policy at time of issue.*

DE001011213  DE000500400  DE001010213  DE003001I15  DE003101I15  DE004000914
GU490505716  GU049100187  GU049201217  GU049521010  GU501609014  PC000111211

"Forms and Endorsements omitted if shown in specific Coverage Part Declarations.

Agent:  JULIE  ARMES
HUB INTERNATIONAL TRANS INS SERVS INC 1295
PO BOX 50340
IDAHO FALLS   ID   83405

DE 00 01 12 13   Includes copyrighted material of Insurance Services Office, Inc., with its permission.
INSURED COPY

EXHIBIT 1

In various places on our policy, we may use abbreviations. This is what they mean:

| TERM | MEANS |
|------|-------|
| ACV | Actual Cash Value |
| BI | Bodily Injury |
| Coll | Collision |
| Comp | Comprehensive |
| Cov | Coverage |
| DBA | Doing Business As |
| Ded | Deductible |
| Incl | Included |
| Ins | Insurance |
| Liab | Liability |
| Med Pay | Medical Payments |
| PD | Property Damage |
| Phys Damage | Physical Damage |
| PIP | Personal Injury Protection |
| PR/Co | Products/Completed Operations |
| Spec Perils | Specified Perils |
| UIM | Underinsured Motorists |
| UM | Uninsured Motorists |

```
**SEE DE 00 10 12 13 MOTOR CARRIER COVERAGE FORM DECLARATIONS,
     DE 00 30 01 15 COMMERCIAL GENERAL LIABILITY DECLARATIONS,
     DE 00 40 09 14 CARGO COVERAGE FORM DECLARATIONS,
     GU 49 20 12 17 PREMIUM DETERMINATION - REPORTING BASIS,
     AND THE ADDITIONAL ENDORSEMENTS ATTACHED TO THIS POLICY FOR HOW
     PREMIUMS WILL BE DETERMINED.
```

INSURED COPY

EXHIBIT 1

# COMMERCIAL LINES POLICY
# SUPPLEMENTAL DECLARATIONS

**POLICY NUMBER:** MCP10641E

**GREAT WEST CASUALTY COMPANY**
P. O. Box 277, South Sioux City, NE 68776

---

**EXTENDED SCHEDULE OF COVERAGES**

This policy provides the following additional coverage(s).  Please read the endorsement(s) for a complete description of coverage.

PREMIUM

CA49800411 COMML AUTO EXTENSION ENDR — COVERAGE FOR CERTAIN CONTRACTS
CA51080516 CAP ON DEDUCTIBLE — PHYSICAL DAMAGE LOCATION COVERAGE
CA52221015 ABA — BLANKET ADDL INSR AND WAIVER OF TRANSFER OF RIGHTS
CG49600817 EMPLOYEE BENEFITS LIABILITY COVERAGE
CG49700710 EMPLOYERS LIABILITY INSURANCE — STOP GAP SUPPLEMENT
CG49861015 ABG — BLANKET ADDL INSD AND WAIVER OF TRANSFER OF RIGHTS

*Confidential / protected pricing information redacted*

---

DE 00 05 04 00

INSURED COPY