

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/19/2018

| | |
|---|---|
| IN RE: § <br> S & S HEAVY HAUL, LLC, § <br> Debtor. § <br> § | Case No. 18-33318 |

### AGREED ORDER REGARDING MOTION OF GREAT WEST CASUALTY COMPANY AND HUB INTERNATIONAL TRANSPORTATION INSURANCES SERVICES, INC. FOR RELIEF FROM § 362 AUTOMATIC STAY TO TERMINATE CERTAIN INSURANCE POLICIES (RE: DOCKET NO. 11)

On this date the Court considered the *Motion of Great West Casualty Company and HUB International Transportation Insurances Services, Inc. for Relief from §362 Automatic Stay to Terminate Certain Insurance Policies* (Docket No. 11) (the "Motion to Lift Stay") which was filed herein by Great West Casualty Company ("GWCC") and HUB International Transportation Insurances Services, Inc. ("HUB") on July 7, 2018  The Motion to Lift Stay contained the necessary notices and, according to the certificate of service therein, was served upon all parties entitled to notice. Based upon the agreement of the parties as evidenced by the signature of their respective counsel appearing below, the Court is of the opinion that the following Agreed Order should be entered.

**IT IS THEREFORE ORDERED THAT:**

1. The Motion to Lift Stay is granted as set forth herein.

2. Capitalized terms not defined herein shall have the same meaning as ascribed to such terms in the Motion.

3. The automatic stay of 11 U.S.C. §362(a) is hereby lifted, annulled, and terminated so that GWCC and HUB immediately may take any and all actions permitted under the 2018 Polices for commercial auto coverage-auto carrier, commercial inland marine coverage-cargo coverage, and commercial general liability coverage and/or applicable law to enforce the remedies of GWCC and/or HUB (as applicable) based upon a default of one or more monetary obligations by the insured under such 2018 Policies.

4. The 14-day of Bankruptcy Rule 4001(a)(3) is terminated, and the relief provided in this order is immediately effective.

DATED: 7/19/2018

THE HONORABLE JEFF BOHM
UNITED STATES BANKRUPTCY JUDGE

*{continued on following page}*

**AGREED:**

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: /s/ Jeff Carruth
    JEFF CARRUTH
    State Bar No. 24001846
    3030 Matlock Rd., Suite 201
    Arlington, Texas 76015
    Phone: (713) 341-1158
    Facsimile: (866) 666-5322
    jcarruth@wkpz.com

**ATTORNEYS FOR GREAT WEST CASUALTY COMPANY AND HUB INTERNATIONAL TRANSPORTATION INSURANCES SERVICES, INC.**

JACKSON WALKER L.L.P.

By: /s/ Elizabeth Freeman*
    Elizabeth C. Freeman
    State Bar No. 24009222
    1401 McKinney, Suite 1900
    Houston, Texas 77010
    Phone: (713) 7524328
    Facsimile: (713) 754-6728
    efreeman@jw.com

ATTORNEYS FOR RANDY WILLIAMS, CHAPTER 7 TRUSTEE

* *Signature by permission by /s/ Jeff Carruth*